ANNA R. CARKNER, Appellant, *v.* GEORGE H. STROKES et al., Respondents. WALTER R. CARKNER, Appellant, *v.* GEORGE H. STROKES et al., Respondents.

Argued February 27, 1953; decided April 16, 1953.

*Jack Goodman* and *Nathan H. Medwin* for appellants.

*James S. Carter* for George H. Strokes, respondent.

*William J. Murphy* and *Malcolm G. Bibby* for James E. Smith, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.